UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH BACHLI,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | Case No. EDCV 14-1480 FFM<br><br>JUDGMENT |

      In accordance with the Memorandum Decision and Order filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: February 16, 2016

                                                      /S/ FREDERICK F. MUMM
                                                        FREDERICK F. MUMM
                                              United States Magistrate Judge